
PLAINTIFF'S EXHIBIT
2 - A

# Hoffman Employment Law, LLC

600 Jefferson Plaza Suite 204

Rockville, MD 20852

Phone: 301-251-3752   |   Fax: 301-251-3753

Account Statement

Prepared for James Cilione

Re: Victoria Crab House FLSA Lawsuit

| | |
|---|---:|
| Previous Balance | $0.00 |
| Current Charges | $28,343.02 |
| New Balance | $28,343.02 |
| | |
| Adjustments | $0.00 |
| | |
| Payments | $0.00 |
| Now Due | $28,343.02 |
| Trust Account | $0.00 |

# Hoffman Employment Law, LLC

600 Jefferson Plaza Suite 204

Rockville, MD 20852

Phone: 301-251-3752 | Fax: 301-251-3753

## PRE-BILL

James Cilione

Invoice Date: October 23, 2019
Invoice Number: Pre-bill
Invoice Amount: $28,343.02

## Matter: Victoria Crab House FLSA Lawsuit

**Attorney's Fees**

| Date | Description | Atty | Hrs | Amount |
|---|---|---|---|---|
| 9/12/2018 | Teleconf. with clients regarding employment issues and future litigation. | G.H. | .60 | $123.00 |
| 9/13/2018 | Draft letter of representation. Review and revise, transmit via email and docusign. | H.B.H. | .80 | No Charge |
| 9/17/2018 | Tele conf. with Joe Cilione re payroll summaries. | H.B.H. | .10 | $40.00 |
| 9/17/2018 | Review email from clients regarding pay stubs and earning statements. | G.H. | .10 | $20.50 |
| 9/25/2018 | Call with client regarding demand letter. | G.H. | .10 | $20.50 |
| 9/25/2018 | Conf. with HBH regarding clients' employment experiences and demand letter. | G.H. | .30 | $61.50 |
| 9/25/2018 | Call with clients regarding employment experience and providing a case update. | G.H. | .20 | $41.00 |
| 9/26/2018 | Review client file, draft demand letter to Victoria's Crab House regarding FLSA claims. | G.H. | 1.30 | $266.50 |
| 9/26/2018 | Review and revise demand letter. | G.H. | .40 | $82.00 |
| 9/28/2018 | Teleconf. with HBH and clients regarding demand letter. Review and revise demand letter based on conversation with clients. | G.H. | .90 | $184.50 |
| 9/28/2018 | Draft email to clients regarding demand letter and provide an update. | G.H. | .10 | $20.50 |
| 9/28/2018 | Review and revise demand ltr. (.2 hrs). Tele conf. with Joe Cilione re review of demand; discuss same. (.5 hr). Review judicial and land records re the Emersons. Discuss revisions with G. Herbers. Transmit via certified mail. | H.B.H. | 1.10 | $440.00 |
| 10/1/2018 | Review email from clients regarding receipt for | G.H. | .10 | $20.50 |

| | | | | |
|---|---|---|---|---|
| | payment of a loan. | | | |
| 10/1/2018 | Review second email from client Joe Cilione regarding loan repayment receipt. | G.H. | .10 | $20.50 |
| 10/1/2018 | Review comm. from Joe Cilione re recent for debt payment; respond thereto. | H.B.H. | .10 | $40.00 |
| 10/11/2018 | Conf. with HBH and JSL regarding case status and assignments. | G.H. | .10 | $20.50 |
| 11/9/2018 | Review email exchange between HBH and clients regarding demand letter and next steps. | G.H. | .10 | $20.50 |
| 11/9/2018 | Review and respond to comm. from clients re status of matter.  Review reply from clients. | H.B.H. | .10 | $40.00 |
| 11/19/2018 | Draft Complaint. | G.H. | 3.20 | $656.00 |
| 12/10/2018 | Draft Complaint. | G.H. | 1.10 | $225.50 |
| 12/12/2018 | Review and revise complaint. | G.H. | 2.10 | $430.50 |
| 12/19/2018 | Call with Clients James and Joe Cilione regarding case status and experiences working at Defendants (.1). Review and revise complaint vis-à-vis conversation with clients (.1). | G.H. | .20 | $41.00 |
| 12/20/2018 | Review and revise complaint. | G.H. | .60 | $123.00 |
| 12/26/2018 | Review client file, review and revise complaint. | G.H. | .60 | $123.00 |
| 1/24/2019 | Review and revise complaint. | G.H. | .50 | $102.50 |
| 2/3/2019 | Comm with client re status of matter. | H.B.H. | .10 | $40.00 |
| 2/5/2019 | Tele conf with clients re status of matter, including lawsuit allegations. | H.B.H. | .30 | $120.00 |
| 2/5/2019 | Call with HBH and clients to give status update and seek information regarding defendants (.3); Review and revise complaint (1.4). | G.H. | 1.70 | $348.50 |
| 2/6/2019 | Review and revise complaint (.6); Conf. with HBH regarding revisions to complaint and factual allegations (.2); Draft civil cover sheet and prop. summons to defendants (.4). | G.H. | 1.20 | $246.00 |
| 2/7/2019 | Review and revise complaint. | G.H. | .50 | $102.50 |
| 2/11/2019 | Draft email to clients J. and J. Cilione regarding complaint. | G.H. | .10 | $20.50 |
| 2/21/2019 | Review email from clients and revise complaint pursuant to clients' comments. | G.H. | .90 | $184.50 |
| 2/21/2019 | Review and revise Complaint.  Discuss same with G. Herbers. | H.B.H. | .60 | $240.00 |
| 2/27/2019 | Review and revise Complaint.  (.5 hrs).  Prepare materials for filing; file via ECF.  (.3 hrs). | H.B.H. | .80 | $320.00 |
| 2/28/2019 | Review issued summons. | H.B.H. | .10 | $40.00 |
| 3/7/2019 | Review case file, prepare documents for service, draft memo to Beach Process Server. | G.H. | .60 | $123.00 |
| 3/7/2019 | Research re process server on Eastern Shore. | H.B.H. | .20 | No Charge |
| 3/11/2019 | Draft memo to second process server and prepare documents for service on Defendants. | G.H. | .20 | $41.00 |
| 3/21/2019 | Review email communications between GBH, HBH and Pl. Cilione re. status of case. | J.L. | .10 | No Charge |
| 3/27/2019 | File proofs of service for all Defendants. | J.L. | .20 | No Charge |

| | | | | |
|---|---|---|---|---|
| 3/27/2019 | Prepare proofs of service for all three defendants. | G.H. | .20 | $41.00 |
| 4/10/2019 | Review demand letter from HBH to opposing counsel. | J.L. | .10 | $20.50 |
| 4/10/2019 | Review case file, calculate overtime and minimum wage damages for clients J. and J. Cilione. | G.H. | 1.00 | $205.00 |
| 4/10/2019 | Review comm from counsel for Defendants; draft response thereto. | H.B.H. | .20 | $80.00 |
| 4/18/2019 | Review file materials; draft demand letter.  Review and revise.  (2.1 hrs).  Draft comm to client re same; review response.  (.2 hrs). | H.B.H. | 2.30 | $920.00 |
| 4/23/2019 | Review email communications between HBH and opposing counsel re. demand letter. | J.L. | .10 | $20.50 |
| 4/23/2019 | Review and revise letter to Cropper; transmit. | H.B.H. | .20 | $80.00 |
| 4/24/2019 | Review Case Status | S.K. | .10 | No Charge |
| 4/24/2019 | Status and direction conference w/ HBH and SEK on case status and assignment of duties. | J.L. | .10 | No Charge |
| 5/2/2019 | Draft comm to H. Cropper re status of matter. | H.B.H. | .10 | $40.00 |
| 5/6/2019 | Reviewing Case Status | S.K. | .30 | No Charge |
| 5/6/2019 | Drafting Application for Clerk's Entry of Default | S.K. | .70 | No Charge |
| 5/6/2019 | Confer with associate atty re application for clerk's entry of default; transmit comm to assoc atty re same. | H.B.H. | .30 | $120.00 |
| 5/9/2019 | Review and revise Application for Clerk's Entry of Default and proposed Order. (.5 hrs).  File same via ECF.  (.1 hrs). | H.B.H. | .60 | $240.00 |
| 5/23/2019 | Review entries of default by Court. | J.L. | .10 | $20.50 |
| 5/23/2019 | Review email from HBH to opposing counsel re. default. | J.L. | .10 | $20.50 |
| 5/23/2019 | Conference w/ HBH re: Motion for Default | S.K. | .80 | No Charge |
| 5/23/2019 | Research re: Motion for Default | S.K. | 1.60 | No Charge |
| 5/23/2019 | Review Clerk's Entry of Default; forward same and draft comm to H. Cropper (opposing counsel) re status. | H.B.H. | .10 | $40.00 |
| 5/24/2019 | Drafting Motion for Default | S.K. | 1.90 | No Charge |
| 5/29/2019 | Entering Notice of Appearance | S.K. | .20 | No Charge |
| 5/29/2019 | Drafting Motion for Default | S.K. | 3.40 | No Charge |
| 5/29/2019 | Review email from SEK to clients re. affidavits. | J.L. | .10 | No Charge |
| 5/30/2019 | Call w/ clients re: Damage Calculations | S.K. | .40 | $82.00 |
| 5/30/2019 | Damage Calculations | S.K. | 1.10 | $225.50 |
| 5/30/2019 | Drafting Motion for Default | S.K. | 1.80 | No Charge |
| 5/30/2019 | Multi confs with Assoc. Atty S. Kraff re Motion for Default Judgment.  Review Default Judgment.  Confer re damage calcs and pleading of same. | H.B.H. | .60 | No Charge |
| 5/31/2019 | Drafting email to clients re: Case Status Update | S.K. | .20 | $41.00 |
| 5/31/2019 | Drafting Motion for Default | S.K. | 1.70 | No Charge |
| 5/31/2019 | Damage Calculations | S.K. | .60 | No Charge |
| 5/31/2019 | Review Defendants' Motions to Vacate Default and for Extension of Time | S.K. | .10 | $20.50 |
| 5/31/2019 | Tele conf with A. Turner re representation of Defendants and vacating Clerk's Entry of Default. (.1 hrs) Review filing re same.  (.1 hrs). | H.B.H. | .20 | $80.00 |

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 6/2/2019 | Draft comm to assoc attys re lodestar prep. | H.B.H. | .10 | $40.00 |
| 6/3/2019 | Review order granting consent motion to vacate default. | J.L. | .10 | $20.50 |
| 6/3/2019 | Review order granting motion to extend time to answer. | J.L. | .10 | $20.50 |
| 6/3/2019 | Drafting Lodestar Statement | S.K. | .40 | $82.00 |
| 6/3/2019 | Review Court Orders re: Vacate Default & Ext. of Time | S.K. | .20 | $41.00 |
| 6/3/2019 | Review and revise lodestar; transmit to opposing counsel. | H.B.H. | .10 | $40.00 |
| 6/13/2019 | Review emails between HBH, SEK and clients re. case status and pot. defenses from Defendants. | J.L. | .10 | No Charge |
| 6/13/2019 | Review emails between HBH and clients re. offer letter and facts alleged within. | J.L. | .10 | No Charge |
| 6/13/2019 | Comm. with client re: case status | S.K. | .20 | $41.00 |
| 6/13/2019 | Review multi page letter from counsel re settlement; review attachments. (.2 hrs). Confer with S. Kraff re same. (Gratis) | H.B.H. | .20 | $80.00 |
| 6/13/2019 | Draft comm to clients re status of matter. | H.B.H. | .10 | $40.00 |
| 6/13/2019 | Draft comm to opposing counsel re settlement. | H.B.H. | .10 | $40.00 |
| 6/13/2019 | Review comm from client re status of matter; draft response re status and inquire re restaurant sales. | H.B.H. | .20 | $80.00 |
| 6/14/2019 | Review docs provided by clients | S.K. | .60 | $123.00 |
| 6/14/2019 | Review settlement letter from defendants | S.K. | .30 | $61.50 |
| 6/14/2019 | Review email from Pl. re. responses to offer letter. | J.L. | .10 | $20.50 |
| 6/14/2019 | Review email from clients re: settlement letter | S.K. | .10 | $20.50 |
| 6/14/2019 | Review answer. | J.L. | .10 | $20.50 |
| 6/14/2019 | Review Answer to Complaint | S.K. | .10 | $20.50 |
| 6/14/2019 | Briefly review Answer; review Corporate Local Disclosure. | H.B.H. | .10 | No Charge |
| 6/18/2019 | Review email from Pl. Joe Cillione re. offer letter inaccuracies. | J.L. | .20 | $41.00 |
| 6/18/2019 | Review letter re: settlement from counsel | S.K. | .50 | $102.50 |
| 6/18/2019 | Comm. with client re: case update | S.K. | .10 | $20.50 |
| 6/18/2019 | Outline case to draft discovery | S.K. | .60 | No Charge |
| 6/19/2019 | Review email from Pl. Joe Cilione re. calculations. | J.L. | .10 | $20.50 |
| 6/19/2019 | Comm. with client re: case update | S.K. | .20 | $41.00 |
| 6/19/2019 | Review Answer to Complaint | S.K. | .20 | No Charge |
| 6/20/2019 | Review docs from client re: complaint | S.K. | .90 | No Charge |
| 6/21/2019 | Drafting Interrogs | S.K. | 1.10 | No Charge |
| 6/21/2019 | Drafting Amended Complaint | S.K. | 1.20 | No Charge |
| 6/26/2019 | Review comms. from counsel re: settlement | S.K. | .10 | $20.50 |
| 6/27/2019 | Draft Amended Complaint | S.K. | 1.20 | No Charge |
| 6/28/2019 | Tele conf with A. Turner re status of case, claims of Plaintiff, and status report to Court. | H.B.H. | .40 | $160.00 |
| 6/28/2019 | Review multi comm from opposing counsel re lawsuit issues; draft responses. | H.B.H. | .30 | $120.00 |
| 7/1/2019 | Review comms. from counsel re: 6/13/19 letter | S.K. | .70 | $143.50 |
| 7/1/2019 | Confer w/ HBH re: time documents and subpoena | S.K. | .70 | No Charge |
| 7/1/2019 | Drafting Interrogs from James | S.K. | 1.60 | No Charge |
| 7/1/2019 | Drafting Interrogs from Joe | S.K. | 1.80 | No Charge |

| Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|
| 7/1/2019 | Drafting Amended Complaint | S.K. | .90 | No Charge |
| 7/2/2019 | Review multiple emails between HBH and opposing counsel re. number of disputed issues. | J.L. | .20 | $43.00 |
| 7/2/2019 | Review docs from client | S.K. | .70 | $143.50 |
| 7/2/2019 | Draft RPDs | S.K. | 1.40 | No Charge |
| 7/2/2019 | Confer w/ HBH re: Joint Status Report | S.K. | .30 | $61.50 |
| 7/2/2019 | Draft Amended Complaint | S.K. | .70 | No Charge |
| 7/3/2019 | Status confer w/ HBH and SEK re. case status. | J.L. | .10 | $21.50 |
| 7/3/2019 | Status confer with associate attorneys re status of matter. | H.B.H. | .10 | $40.00 |
| 7/3/2019 | Review comms and docs from client | S.K. | .30 | $61.50 |
| 7/3/2019 | Confer w/ HBH and JSL re: case status and priorities | S.K. | .20 | $41.00 |
| 7/10/2019 | Draft amended complaint | S.K. | 1.10 | $225.50 |
| 7/10/2019 | Updating damage calculations | S.K. | .80 | $164.00 |
| 7/10/2019 | Review letter from HBH to opposing counsel re. demands and disputed issues. | J.L. | .10 | $21.50 |
| 7/10/2019 | Review damage calculations | S.K. | .30 | No Charge |
| 7/10/2019 | Draft three page lengthy letter to opposing counsel, citing argument and points of authority re issues involved.  Review and revise. | H.B.H. | 2.20 | $880.00 |
| 7/11/2019 | Review multiple emails between HBH and opposing counsel re. offers of settlement and attorneys' fees and costs. | J.L. | .20 | $43.00 |
| 7/11/2019 | Confer w/ HBH and JSL re: settlement offer from counsel | S.K. | .10 | No Charge |
| 7/11/2019 | Confer w/ HBH and SEK re. settlement negotiations with opposing counsel. | J.L. | .10 | No Charge |
| 7/11/2019 | Review email from counsel re settlement offer | S.K. | .10 | $20.50 |
| 7/26/2019 | Review email from HBH to opposing counsel re. discovery, depositions, and a subpoena to ADP. | J.L. | .10 | $21.50 |
| 7/26/2019 | Draft Subpoena Duces Tecum to ADP; review and revise. (1.2 hrs).   Review and revise Interrogatories from Plaintiffs to Victoria's Crab House, Inc. (.9 hrs).  Substantial revisions to RPDs to Victoria's Crab House, Inc. (2.3 hrs). | H.B.H. | 4.40 | $1,760.00 |
| 7/29/2019 | Review multiple email communications between HBH and opposing counsel re. settlement offer. | J.L. | .20 | $43.00 |
| 7/29/2019 | Draft Motion for Leave to Amend Complaint | S.K. | 1.70 | No Charge |
| 7/29/2019 | Review multi comm from opposing counsel and respond re settlement demand and related issues. | H.B.H. | .30 | $120.00 |
| 7/30/2019 | Review email from HBH to opposing counsel re. settlement. | J.L. | .10 | No Charge |
| 7/30/2019 | Review (7) emails between counsel re: settlement offers | S.K. | .10 | $20.50 |
| 7/30/2019 | Review and respond to comm from A. Turner re calculations and related issues. | H.B.H. | .20 | $80.00 |
| 7/31/2019 | Confer w/ HBH re: Amended Complaint | S.K. | .20 | No Charge |
| 7/31/2019 | Draft/Edit Amended Complaint | S.K. | .70 | No Charge |
| 7/31/2019 | Review email from counsel re: consent to judgment | S.K. | .10 | $20.50 |
| 7/31/2019 | Confer w/ HBH re: consent to judgment | S.K. | .30 | No Charge |

| | | | | |
|---|---|---|---|---|
| 7/31/2019 | Confer with S. Kraff re amended complaint and claims. | H.B.H. | .20 | No Charge |
| 7/31/2019 | Draft comm to A. Turner re leave to file amended complaint; review response. | H.B.H. | .10 | $40.00 |
| 8/1/2019 | Assist SEK in finalizing and filing of amended complaint. | J.L. | .30 | No Charge |
| 8/1/2019 | Drafting Amended Complaint | S.K. | 2.40 | No Charge |
| 8/1/2019 | Call w/ clients re: case status and amended complaint | S.K. | .40 | $82.00 |
| 8/1/2019 | Tele conf with client re pay details, offer to consent to judgment, and amended complaint.  (.2 hrs). Multi conf with S. Kraff re amended complaint. (NC). | H.B.H. | .20 | $80.00 |
| 8/2/2019 | Review email from counsel re: settlement offer | S.K. | .10 | $20.50 |
| 8/5/2019 | Review email from HBH to opposing counsel re. filing of motion and settlement. | J.L. | .10 | $21.50 |
| 8/5/2019 | Review and respond to comm from A. Turner complaining about amended complaint motion. | H.B.H. | .30 | $120.00 |
| 8/6/2019 | Review email from counsel re: Mot. for Leave | S.K. | .10 | $20.50 |
| 8/6/2019 | Draft comm to A. Turner re settlement. | H.B.H. | .10 | $40.00 |
| 8/6/2019 | Confer w/ HBH re: Damage Calculations and settlement offer | S.K. | .70 | No Charge |
| 8/7/2019 | Review emails between HBH and ADP re. subpoena for documents. | J.L. | .10 | No Charge |
| 8/7/2019 | Review and respond to comm from ADP re subpoena response. | H.B.H. | .10 | $40.00 |
| 8/8/2019 | Confer w/ HBH and JSL re: damage calculations | S.K. | .30 | $61.50 |
| 8/8/2019 | Multi comm with A. Turner re demand; confer with S. Kraff re status of matter. | H.B.H. | .30 | $120.00 |
| 8/8/2019 | Review email from counsel re: settlement offer | S.K. | .10 | $20.50 |
| 8/14/2019 | Review and respond to comm from client (Joe) re status of matter. | H.B.H. | .10 | $40.00 |
| 8/15/2019 | Call w/ expert witness Kimel re: expert report | S.K. | .30 | $61.50 |
| 8/15/2019 | Review expert report prepared by Kimel | S.K. | .60 | $123.00 |
| 8/16/2019 | Review email from counsel re: consent to judgment | S.K. | .10 | $20.50 |
| 8/16/2019 | 5 calls with expert witness Mike Kimel re: expert report | S.K. | .70 | $143.50 |
| 8/16/2019 | Review and provide revisions to expert witness re: expert report | S.K. | 2.70 | $553.50 |
| 8/16/2019 | Review final expert report from Mike Kimel | S.K. | .60 | $123.00 |
| 8/19/2019 | Review email from client re: case update and response to settlement offers | S.K. | .30 | $61.50 |
| 8/19/2019 | Draft lengthy comm to clients re status of matter. | H.B.H. | .30 | $120.00 |
| 8/26/2019 | Draft comm to ADP paralegal re status of discovery. | H.B.H. | .10 | $40.00 |
| 8/26/2019 | Review expert report; conf with SK re damage calculations at 3x for Joe. | H.B.H. | .20 | $80.00 |
| 8/27/2019 | Review case status; review status of discovery requests to Defendants. | S.K. | .20 | $41.00 |
| 8/27/2019 | Confer w/HBH re: Defendants' offer of consent judgment and contents of proposed consent judgment order. | S.K. | .30 | $61.50 |

| | | | | |
|---|---|---|---|---|
| 8/27/2019 | Draft Consent Judgment Proposed Order | S.K. | 1.20 | No Charge |
| 8/27/2019 | Review emails between HBH and opposing counsel re. consent judgment. | J.L. | .10 | $21.50 |
| 8/27/2019 | Conf with assoc atty re consent judgment; review file materials re same.  Review and revise consent judgment.  (NC).  Review comm from S. Kraff to A. Turner.  Review response.  Draft lengthy comm to A. Turner re status of matter; review and revise. (.2 hrs). | H.B.H. | .20 | $80.00 |
| 8/28/2019 | Review emails between HBH and opposing counsel re. proposed consent judgment  and Court supervision being required in any FLSA settlement. | J.L. | .10 | $21.50 |
| 8/28/2019 | Review 2 emails from counsel re: proposed order of consent judgment. | S.K. | .20 | $41.00 |
| 8/29/2019 | Review documents produced by ADP in response to subpeona | S.K. | .60 | $123.00 |
| 8/29/2019 | Review documents produced by ADP. (.2 hrs). | H.B.H. | .20 | $80.00 |
| 8/30/2019 | Review history of settlement negotiations for Mot. to Enforce Settlement | S.K. | .60 | $123.00 |
| 8/30/2019 | Draft email to clients re: case status update. | S.K. | .20 | $41.00 |
| 8/30/2019 | Draft Mot. to Enforce Settlement re: Defendants' consent judgment | S.K. | 3.80 | No Charge |
| 8/30/2019 | Strategy conference with S. Kraff re Motion to Enforce Settlement; assign work re same. | H.B.H. | .20 | No Charge |
| 9/3/2019 | Draft email to client re: case status update | S.K. | .20 | $41.00 |
| 9/3/2019 | Review/Edit Motion to Enforce Settlement | S.K. | .50 | $102.50 |
| 9/6/2019 | Confer w/ HBH re: Motion to Enforce Settlement | S.K. | .30 | No Charge |
| 9/6/2019 | Begin review of Motion to Enforce; confer with S. Kraff re same. | H.B.H. | 1.60 | $640.00 |
| 9/7/2019 | Extensive revisions to Motion to Enforce Settlement; legal research re same.   Review and revise Motion to Enforce Settlement.  Prepare exhibits and file via ECF. | H.B.H. | 5.70 | $2,280.00 |
| 9/9/2019 | Review motion to compel settlement. | J.L. | .20 | $43.00 |
| 9/9/2019 | Review emails between HBH and opposing counsel re. consent to judgment and settlement. | J.L. | .10 | $21.50 |
| 9/9/2019 | Review two emails from Turner re: Motion to Enforce. | S.K. | .10 | $20.50 |
| 9/9/2019 | Review filed Motion to Enforce Settlement and Exhibits. | S.K. | .10 | $20.50 |
| 9/9/2019 | Review and respond with lengthy communications with opposing counsel re status of matter, including settlement. | H.B.H. | .80 | $320.00 |
| 9/10/2019 | Review email from opposing counsel re. settlement of attorneys fees and consent to judgment. | J.L. | .10 | $21.50 |
| 9/10/2019 | Review two emails from Turner re: Motion to enforce and settlement offers. | S.K. | .10 | $20.50 |
| 9/10/2019 | Strategy Conference w/ HBH and JSL re: response from Turner on Motion to Enforce and next steps forward. | S.K. | .10 | $20.50 |
| 9/10/2019 | Review lengthy comm from counsel.  Forward and | H.B.H. | .10 | $40.00 |

| Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|
| | discuss same with assoc. attys. | | | |
| 9/16/2019 | Review email from HBH to opposing counsel re. lodestar statement and settlement offer. | J.L. | .10 | $21.50 |
| 9/16/2019 | Review and organize billing records for Lodestar statement | S.K. | .30 | $61.50 |
| 9/16/2019 | Draft lodestar statement. | S.K. | .20 | $41.00 |
| 9/16/2019 | Review emails between HBH and opposing counsel re. failure to produce discovery responses. | J.L. | .10 | $21.50 |
| 9/16/2019 | Review email from opposing counsel to HBH re. consent to judgment and production of discovery, potential sanctions motion. | J.L. | .10 | $21.50 |
| 9/16/2019 | Review email from opposing counsel to HBH re. motion to have judgment entered against Defs and attorneys fees and costs. | J.L. | .10 | $21.50 |
| 9/16/2019 | Review email from Turner re: consent judgment and accrual of attorneys' fees + settlement offer. | S.K. | .30 | $61.50 |
| 9/16/2019 | Review and revise lodestar statement; finalize. | H.B.H. | .10 | $40.00 |
| 9/16/2019 | Review and respond to multi comm from opposing counsel, ranging from settlement to atty fees and related issues.  (.8 hrs).  Tele conf with counsel re settlement offer. (.2 hrs). | H.B.H. | 1.00 | $400.00 |
| 9/20/2019 | Review email from HBH to clients re. settlement offer and his suggestion re. same. | J.L. | .10 | $21.50 |
| 9/20/2019 | Review email from HBH to opposing counsel re. settlement offer and ethics threats. | J.L. | .10 | $21.50 |
| 9/20/2019 | Call w/ Aaron Turner re: request for extension. | S.K. | .10 | No Charge |
| 9/20/2019 | Review email from Turner re: settlement and request for extension. | S.K. | .10 | $20.50 |
| 9/20/2019 | Draft comm to clients re status of settlement efforts. | H.B.H. | .30 | $120.00 |
| 9/20/2019 | Draft comm to opposing counsel in response to ecomm. | H.B.H. | .10 | $40.00 |
| 9/23/2019 | Review opposition to motion to enforce settlement agreement. | J.L. | .20 | $43.00 |
| 9/23/2019 | Review Def Opp to Mot. to Enforce Settlement. | S.K. | .40 | $82.00 |
| 9/23/2019 | Call w/ Joe Cilione re: case update and settlement offer. | S.K. | .20 | $41.00 |
| 9/23/2019 | Tele conf with client re status of matter and proposed settlement. | H.B.H. | .10 | $40.00 |
| 9/24/2019 | Strategy Conference w/ HBH and SEK re settlement negotiations and Opposition to Mot. to Enforce. | J.L. | .30 | $64.50 |
| 9/24/2019 | Strategy Conference w/ SK and JL re: settlement negotiations and Opposition to Mot. to Enforce. | H.B.H. | .30 | $120.00 |
| 9/24/2019 | Strategy Conference w/ HBH and JSL re: settlement negotiations and Opposition to Mot. to Enforce. | S.K. | .30 | $61.50 |
| 9/25/2019 | Review emails between HBH and opposing counsel re. settlement terms. | J.L. | .10 | No Charge |
| 9/26/2019 | Review email from opposing counsel to HBH re. settlement terms and counteroffer. | J.L. | .10 | $21.50 |
| 9/26/2019 | Review email from HBH to opposing counsel re. settlement. | J.L. | .10 | $21.50 |
| 9/26/2019 | Review and respond to comm from A. Turner re | H.B.H. | .10 | $40.00 |

| Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|
| | status of settlement demands. | | | |
| 9/27/2019 | Review filed reply to opposition to motion to enforcement settlement agreement. | J.L. | .10 | $21.50 |
| 9/27/2019 | Review Opposition to Motion to Enforce. Confer with Assoc Attys re same. Legal research re confessed judgment as an enforceable settlement. Review cases. Draft Reply brief. Review and revise. File same via ECF. | H.B.H. | 3.70 | $1,480.00 |
| 9/30/2019 | Draft Mot. for Sanctions for Failure to Respond to Discovery Requests. | S.K. | .90 | No Charge |
| 10/1/2019 | Review communications from Court re. phone conference with Judge Bennett. | J.L. | .10 | No Charge |
| 10/1/2019 | Phone confer w/ HBH, SEK, opposing counsel and Judge Bennett re. motion to enforce settlement and status of case. | J.L. | .40 | $86.00 |
| 10/1/2019 | Strategy confer w/ HBH and SEK re. Judge Bennett's orders re. consent judgment, strategy with potential responses from opposing counsel. | J.L. | .80 | $172.00 |
| 10/1/2019 | Conference Call w/ Judge Bennett and counsel re: Mot. to enforce settlement. | S.K. | .40 | $82.00 |
| 10/1/2019 | Strategy Conf. w/ HBH and JSL re: consent judgment and petition for attorneys' fees. | S.K. | .80 | $164.00 |
| 10/1/2019 | Review order from Judge Bennett re. motion to enforce settlement, motion to amend, and schedule for consent judgment. | J.L. | .10 | $21.50 |
| 10/1/2019 | Strategy confer w/ HBH re. implications of disputing liability language in consent judgment. | J.L. | .50 | $107.50 |
| 10/1/2019 | Research on issue of disputing liability language's impact on consent judgment/prevailing party for purposes of attorneys' fees and costs. | J.L. | .90 | $193.50 |
| 10/1/2019 | Review email from opposing counsel re. filing consent judgment. | J.L. | .10 | $21.50 |
| 10/1/2019 | Review edits to consent judgment and Motion to enter consent judgment from Defendants. | S.K. | .20 | $41.00 |
| 10/1/2019 | Review draft joint motion for entry of consent judgment, substantially revise to add in analysis of Judge's approval of proposed consent judgment (0.7); draft email to opposing counsel re. same (0.2). | J.L. | .90 | $193.50 |
| 10/1/2019 | Review comm from Joe Cilione re status of matter; draft response. | H.B.H. | .10 | $40.00 |
| 10/1/2019 | Tele conf with the Court (Judge Bennett) and opposing counsel re status of case. | H.B.H. | .40 | $160.00 |
| 10/1/2019 | Review Order of Court re denying pending motions as moot. | H.B.H. | .10 | $40.00 |
| 10/1/2019 | Strategy conference re language disputing liability in consent judgment. | H.B.H. | .50 | $200.00 |
| 10/1/2019 | Confer with SK re revisions to motion; review draft email. | H.B.H. | .20 | No Charge |
| 10/2/2019 | Review opposing counsel's email re. consent judgment and edits to joint motion. | J.L. | .20 | $43.00 |
| 10/2/2019 | Review email from HBH to opposing counsel re. | J.L. | .10 | $21.50 |

| | | | | |
|---|---|---|---|---|
| | consent judgment. | | | |
| 10/2/2019 | Review email from opposing counsel to HBH re. consent judgment (0.1); review unilaterally filed consent judgment (0.1) | J.L. | .20 | $43.00 |
| 10/2/2019 | Review email from HBH to opposing counsel re. attorneys' fees and costs. | J.L. | .10 | $21.50 |
| 10/2/2019 | Draft letter to Judge Bennett re. basis for position that proposed consent judgment is complete and fair relief. | J.L. | .90 | $193.50 |
| 10/2/2019 | Review, edit, finalize and file letter to Judge Bennett re. explanation of basis that Plaintiffs are receiving full and complete relief in consent judgment. | J.L. | .20 | $43.00 |
| 10/2/2019 | Review Mot. to Enter Consent Judgment from Def. | S.K. | .10 | $20.50 |
| 10/2/2019 | Review 4 emails from Turner re: edits to entry of consent judgment. | S.K. | .10 | $20.50 |
| 10/2/2019 | Review Ltr to Court re: substantive legal issues. | S.K. | .10 | $20.50 |
| 10/2/2019 | Review multi lengthy comm from A. Turner re status of case; respond with lengthy comms. | H.B.H. | .50 | $200.00 |
| 10/2/2019 | Conf with J. Liew re letter to Judge Bennett; offer revisions re same. | H.B.H. | .20 | $80.00 |
| 10/4/2019 | Review entry of consent judgment.  (.1 hrs). | H.B.H. | .10 | $40.00 |
| 10/4/2019 | Begin review of timesheets.   (.3 hrs). | H.B.H. | .30 | $120.00 |
| 10/10/2019 | Review billing statements for billing judgment/discretion purposes; draft comm to opposing counsel re same. | H.B.H. | 1.80 | $720.00 |
| 10/10/2019 | Strategy Conference w/ HBH re: settlement offer for Atty Fees. | S.K. | .30 | $61.50 |
| 10/11/2019 | Review email from HBH to opposing counsel re. reduced attorneys' fees demand. | J.L. | .10 | $21.50 |
| 10/11/2019 | Review email from opposing counsel re. attorneys fees and costs. | J.L. | .10 | $21.50 |
| 10/11/2019 | Review email from Turner re: settlement offer. | S.K. | .10 | $20.50 |
| 10/15/2019 | Review emails between HBH and opposing counsel re. settling fees and settlement agreement terms re. same. | J.L. | .10 | $21.50 |
| 10/15/2019 | Draft settlement agreement for attorneys' fees and costs. | J.L. | 1.60 | $344.00 |
| 10/15/2019 | Review email from Turner re: settlement offer. | S.K. | .10 | $20.50 |
| 10/16/2019 | Draft joint motion for approval of settlement agreement and proposed order. | J.L. | 1.20 | $258.00 |
| 10/16/2019 | Review emails between HBH and opposing counsel re. extending deadline and tax approach for settlement. | J.L. | .10 | $21.50 |
| 10/16/2019 | Review consent motion to extend deadline for filing fee petition/settlement agreement. | J.L. | .10 | $21.50 |
| 10/16/2019 | Review email from Turner re: tax forms for settlement. | S.K. | .10 | $20.50 |
| 10/16/2019 | Review email from Turner re: consent to MTE. | S.K. | .10 | $20.50 |
| 10/16/2019 | Review Cons. MTE. | S.K. | .10 | $20.50 |
| 10/16/2019 | Prepare Motion to Extend Time; prepare proposed Order.  Comm with counsel re same.  File. | H.B.H. | .80 | $320.00 |

| Date | Description | | | |
|---|---|---|---|---|
| 10/17/2019 | Review and perform substantial revisions to agreement, joint motion and order.  Confer with JL re same.   Transmit to opposing counsel. | H.B.H. | 1.60 | $640.00 |
| 10/18/2019 | Review Joint Mot to Appr. Settlement. | S.K. | .40 | $82.00 |
| 10/21/2019 | Phone call w/ Pl. James Cilione re. signing of tax forms and settlement agreement. | J.L. | .10 | $21.50 |
| 10/21/2019 | Review proposed edits to settlement agreement and joint motion; multi comm and a tele conf with opposing counsel.  (.5 hrs).  Draft multi comm with clients re status of matter, attaching finalized settlement agreement. (.3 hrs). | H.B.H. | .80 | $320.00 |
| SUBTOTAL: | | | 136.40 | $27,154.00 |

**Costs**

| Date | Description | Amount |
|---|---|---|
| 9/28/2018 | Postage - USPS to Victoria Emerson - Ltr regarding lawsuit. | $3.92 |
| 2/27/2019 | Filing Fee | $400.00 |
| 3/7/2019 | Postage - USPS to Beach Process Service - Service of Process. | $2.20 |
| 4/1/2019 | Process Server | $120.00 |
| 7/26/2019 | Postage - USPS to Aaron Turner - Written Discovery | $1.90 |
| 7/26/2019 | Postage - USPS to ADP - Subpeona | $12.75 |
| 8/16/2019 | Postage - USPS to Aaron Turner - Expert Report | $1.30 |
| 8/29/2019 | Expert Witness Fee | $640.00 |
| 9/9/2019 | Postage - Priority Mail to Court for Judge's Copy of Motion to Enforce Settlement. | $6.95 |
| SUBTOTAL: | | $1,189.02 |

**Matter Ledgers**

SUBTOTAL:

**Trust Account**

| Date | Description | Amount |
|---|---|---|
| 10/23/2019 | Previous Balance | $0.00 |
| | Available in Trust: | $0.00 |

TOTAL $28,343.02

PREVIOUS BALANCE DUE $0.00

CURRENT BALANCE DUE AND OWING $28,343.02