IN THE U.S. DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2019 OCT 25  PM 1: 24
CLERK'S OFFICE
AT BALTIMORE
BY_____DEPUTY

| | | |
|---|---|---|
| Joseph Cilione, et al. | * | |
| Plaintiffs | * | |
| v. | * | Case No. RDB 19-cv-00627 |
| Victoria's Crab House, Inc., et al. | * | |
| Defendants | * | |

## SUPPLEMENTAL JUDGMENT ORDER

Pending before the Court is the Parties' Joint Motion for Approval of Settlement Agreement And Consent To Supplement Judgment Order ("Joint Motion"). After careful consideration and review of the Parties' Joint Motion and the Settlement Agreement and Release of Claims ("Settlement Agreement"), it is hereby:

**ORDERED**, that the Settlement Agreement is **APPROVED** as fair and reasonable;

**FURTHER ORDERED**, that the Parties' Joint Motion is **GRANTED**;

**FURTHER ORDERED**, a Supplemental Judgment shall be, and hereby is, entered in favor of Plaintiffs against Defendants for costs, including attorneys' fees, in the amount of $21,500.00;

**FURTHER ORDERED**, the Judgments of October 4, 2019 (ECF Doc. 28) remains in full force and effect.

**SO ORDERED.**

Date: _October 25, 2019_                    _/s/ Richard D. Bennett_
                                                                Hon. Richard D. Bennett
                                                                United States District Judge

All counsel *(via ECF)*

1